UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

                              Case No.  11-30710-KKS

Willie Charles Feagin,             Chapter 13

     Debtor.

_____/

## SELENE FINANCE, LP'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT (ECF NO. 79)

     Selene Finance, LP. ("Creditor"), a secured creditor with loan number XXX-**2231** and Claim No. 8, responds, pursuant to Fed. R. Bankr. P. 3002-1, to the Trustee's Notice of Final Cure Payment ("Cure Notice") [ECF No. 79] and states as follows:

     1.    Creditor is researching to confirm that the Debtor has paid in full the amount required to cure the pre-petition default on Creditor's claim. The payments sent by the Trustee to the prior servicer were not forward to Selene and instead sent to the Clerk of Courts. Selene is trying to recover these funds. Once the funds are received, the Debtor will be deemed current in regards to the pre-petition amounts owed.

     2.    Creditor disagrees that Debtors are post-petition due for the April 1, 2015 payment with respect to all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code.  Per the Creditor's records, Debtor is post-petition due for June 1, 2011.

                                Respectfully submitted,

Dated: April 30, 2015              /s/   Leslie Rushing
                                      Leslie Rushing, Esq.
                                      Florida Bar No. 98106
                                      Quintairos, Prieto, Wood & Boyer, PA
                                      1475 Centrepark Blvd., Suite 130
                                      West Palm Beach, FL 33401
                                      Telephone: (561) 686-1880 x 1311
                                      Fax: (561) 686-1886
                                      Primary email: leslie.rushing@qpwblaw.com
                                      Secondary email:flndbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

  I certify that I have caused to be served a copy of the foregoing Response to Trustee's Notice of Final Cure Payment, by first class mail, postage prepaid or CM/ECF electronic filing upon the parties listed below on this day.

Dated: April 30, 2015          /s/Leslie Rushing
                   Leslie Rushing, Esq.
                   Florida Bar No. 9810

Copies Furnished To:

By CM/ECF Receipt:

Steven D. Jurnovoy
Martin S. Lewis
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Email: landj@4-debtor.com

Leigh D. Hart, Trustee
P.O. Box 646
Tallahassee, FL 32302

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

By First Class Mail:

Willie Charles Feagin
927 Fremont Ave
Pensacola, FL 32505