UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                                  Case No. 11-30710-KKS
                                                                        Chapter 13
Willie Charles Feagin,

    Debtor.
_____/

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Leslie Rushing, Esq. ("Applicant") applies to this Court for entry of an order directing the Clerk to remit the sum of $2,100.79 due to Selene Finance, LP ("Claimant").

| 1. | Full legal name of Claimant *(If Claimant is an individual, skip to #5.)* | Selene Finance, LP |
|---|---|---|
| 2. | Type of Entity *(corporation, LLC, partnership)* | Limited Partnership |
| 3. | State of Incorporation/Organization | Florida |
| 4. | Name and Title of Authorizing Officer or Representative | JoAnna Dayton |
| 5. | Current Mailing Address | PO BOX 71243 Philadelphia, PA 19176-6243 |
| 6. | Telephone Number | 877-735-3637 |
| 7. | SS# *(last 4 digits only)* or EIN # | 20-4400263 |
| 8. | Amount Being Claimed | $2,100.79 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon: *(check the applicable statement)*

    o   Applicant is the original creditor and owner of the funds as it appears on the records of this Court;

    o   Applicant is the assignee of the original creditor's claim to said funds, as evidenced in the attached documentation;

    o   Applicant is the original creditor's successor in interest, as evidenced in the attached documentation;

- Applicant is an attorney or "funds locator" named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*

    - o  Original creditor and owner of the claim;
    - ■  Original creditor's attorney with authorization to receive said funds;
    - o  Assignee of the original creditor's claim to said funds;
    - o  Successor in interest of the original creditor; or
    - o  Personal representative of the original creditor's estate.

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S. C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on __May 25, 2015__ (date), at: *(check the applicable location)*

- o  (Gainesville, Tallahassee, and Panama City Divisions)
  110 N. Adams St., 4th Floor, Tallahassee, FL  32301
- ■  (Pensacola Division)
  21 E. Garden St., Ste. 400, Pensacola, FL  32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 28, 2015                    /s/ Leslie Rushing
                                        Leslie Rushing, Esq.

Florida Bar No. 98106
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311

State of  Florida  )
                   ) ss.
County of Palm Beach )

Before me, __Michele D. Simon__, a notary public for said state, on this 28th day of May, 2015, personally appeared <u>Leslie Rushing</u> as <u>attorney for Claimant</u> who executed the within foregoing instrument on behalf of <u>Selene Finance, LP</u> and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed on behalf of said <u>bank</u> for the uses and purposes therein set forth.

_____
Notary Public
My commission expires: _____

Notary Public State of Florida
Michele D Simon
My Commission FF 226263
Expires 05/12/2019

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                          Case No. 11-30710-KKS
                                                                Chapter 13
Willie Charles Feagin,

    Debtor.
_____/

### AFFIDAVIT OF CLAIMANT

I, Leslie Rushing, Esq., the duly authorized representative for the Claimant, declare as follows:

1. I, Leslie Rushing, Esq., am seeking payment of $2,100.79 held in the registry of the Court.

2. My name, position with the company, address and telephone number are as follows:

   Leslie Rushing, Esq.
   Attorney for Selene Finance, LP
   Quintairos, Prieto, Wood & Boyer, PA
   1475 Centrepark Blvd, Suite 130
   West Palm Beach, Florida 33401
   Telephone: 561-686-1880 x 1311

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor and which substantiate claim's right to the funds, are attached.

4. I, nor Selene Finance, LP, have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 28, 2015                  /s/ Leslie Rushing
                                     Leslie Rushing, Esq.
                                     Florida Bar No. 98106
                                     Quintairos, Prieto, Wood & Boyer, PA

1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311

Sworn to and subscribed before me this __28th__ day of May, 2015.

_____
Notary Public

In and for the State of <u>Florida</u>                    [SEAL]

My Commission expires:



Notary Public State of Florida
Michele D Simon
My Commission FF 228263
Expires 05/12/2019